UNITED STATES COURT OF INTERNATIONAL TRADE                    FORM 12

---

Meyer Corp., US

                    Plaintiff,

v.                                                    Court No.    14-277

United States                                         and Attached Schedule

                    Defendant.

---

## NOTICE OF SUBSTITUTION OF ATTORNEY

**PLEASE TAKE NOTICE** that Neville Peterson LLP has been substituted as attorney of record for plaintiff in this action in place of Clark Hill PLC.

Dated: November 10, 2022

                                    Meyer Corp., US.

                                          Plaintiff

                           By: s/John P. Campagno, General Counsel

\* \* \* \* \* \* \* \* \*

**PLEASE TAKE FURTHER NOTICE** that the undersigned hereby appears in this action as attorney for Meyer Corp., US. _____, the plaintiff herein, and requests that all papers in connection therewith be served upon him.

☑ The individual attorney in the undersigned firm, corporate law department, or the Government, who is responsible for the litigation, is John P. Donohue.

Dated: November 10, 2022

                                      Neville Peterson LLP
                                             Attorney

                                      100 N. 18th Street, Suite 300
                                           Street Address

                                      Philadelphia, PA  19103
                                         City, State and Zip Code

                          By: /s/ John P. Donohue
                                       New Attorney of Record

(As amended June 5, 2015, eff. July 1, 2015.)

**SCHEDULE**

**NOTICE OF SUBSTITUTION OF ATTORNEY**

**Meyer Corp. U.S.**

| | |
|---|---|
| 14-277 | Meyer Corp. U.S. v United States |
| 15-18 | Meyer Corp. U.S. v United States |
| 15-19 | Meyer Corp. U.S. v United States |
| 15-92 | Meyer Corp. U.S. v United States |
| 15-191 | Meyer Corp. U.S. v United States |
| 15-332 | Meyer Corp. U.S. v United States |
| 16-112 | Meyer Corp. U.S. v United States |
| 16-271 | Meyer Corp. U.S . v United States |
| 17-186 | Meyer Corp. U.S. v United States |
| 20-3835 | Meyer Corporation, U.S. v United States |